UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARK MAIUZZO,<br><br>                Supervisee. | No. 16-cr-522-31 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court this afternoon at 2:00 p.m., at which time Supervisee will be presented on the specified violation of supervised release alleged in Probation's report dated December 1, 2021.  The presentment will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

    IT IS FUTHER ORDERED THAT Jill R. Shellow, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this case.  Ms. Shellow is respectfully directed to file a formal notice of appearance in Case No. 16-cr-522-31.

SO ORDERED.

Dated:    December 2, 2021
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation