UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARK MAIUZZO,<br><br>                    Supervisee. | No. 16-cr-522-31 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of the parties, IT IS HEREBY ORDERED THAT the conference pertaining to the alleged violation of supervised release in this matter, which is currently scheduled for May 17, 2022, will instead take place at 11:00 a.m. on Thursday, May 19, 2022 in Courtroom 20B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  May 5, 2022
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation