# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

May 17, 2022

**BY ECF AND EMAIL**
The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, NY  10007
CA02_RJSChambers@ca2.uscourts.gov

     RE:   *United States v. Mark Maiuzzo, 16-cr-522 (RJS)*

Dear Judge Sullivan:

     I represent Mark Maiuzzo on his violation of supervised release in connection with this matter. We are scheduled to appear before Your Honor on Thursday, May 19, 2022 at 11:00 AM.

     We respectfully request that at the appearance Your Honor permit Mr. Maiuzzo to plead guilty to the two specifications in the Second Amended Violation of Supervised Release Report and Petition dated May 5, 2022 and that Your Honor postpone sentencing Mr. Maiuzzo so that I can make a written sentencing submission. I have conferred with AUSA Jonathan Rebold and the Government consents to this request.

     Thank you for your consideration.

```
IT IS HEREBY ORDERED THAT the parties shall appear as scheduled on
May 19, 2022, at which time it is expected that the Supervisee will
admit to the specifications contained in the Second Amended
Violation Report.  The Court will thereafter schedule a date for
sentencing and sentencing submissions.  The Clerk of Court is
respectfully directed to terminate the motion pending at Doc. No.
1853.



SO ORDERED.
Dated: May 18, 2022       _____
                                Richard J. Sullivan
                          U.S.C.J., Sitting by Designation
```