# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

August 19, 2022

**BY ECF AND EMAIL**
The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, NY  10007
CA02_RJSChambers@ca2.uscourts.gov

      RE:   *United States v. Mark Maiuzzo, 16-cr-522 (RJS)*

Dear Judge Sullivan:

      I represent Mark Maiuzzo on his violation of supervised release in connection with this matter. Our sentencing memorandum is due today, and I am writing to request respectfully that the deadline be extended until Tuesday, August 23, 2022. I have conferred with AUSA Jonathan Rebold and the Government has no objection to this request.

      Thank you for your consideration.

                        Respectfully submitted,

                        Jill R. Shellow

---

```
The request for an extension is GRANTED.  Defense counsel shall
file a sentencing memorandum no later than Tuesday, August 23,
2022.  The Clerk of Court is respectfully directed to terminate
the motion pending at Doc. No. 1858.


SO ORDERED.
Dated: August 19, 2022                  _____
                                            Richard J. Sullivan
                                        U.S.C.J., Sitting by Designation
```

Admitted:  NY, CT, DC