UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| against | No. 16-cr-522 (RJS) |
| MARK MAIUZZO, | ORDER |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of Supervisee's September 25, 2022 letter requesting an adjournment of the sentencing hearing currently scheduled for October 3, 2022.  Supervisee's request for an adjournment is GRANTED.  Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on October 18, 2022, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York 10007.  Supervisee shall file his sentencing submissions no later than October 10, 2022; the government shall file its sentencing submission no later than October 13, 2022.

  Additionally, Supervisee's counsel seeks permission to file the September 25, 2022 letter – setting forth the reason for the requested adjournment – in redacted form.  Supervisee's request is GRANTED.  The Court finds that, with respect to those portions of the letter that relate to an individual's private health information, the presumption in favor of open records has been outweighed by that individual's privacy interests.  *See United States v. Amodeo*, 71 F.3d

1044, 1050 (2d Cir. 1995).  Accordingly, the Clerk of the Court is respectfully directed to accept the redacted filing.

SO ORDERED.

Dated:  September 26, 2022
　　　　New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation